HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
BRET TROUT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00055-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE NOVEMBER 8, 2017** |
| | ) **REVIEW HEARING; ORDER** |
| vs. | ) |
| BRET TROUT, | ) |
| Defendant. | ) |

Defendant Bret Trout hereby requests that the Court vacate the November 8, 2017 review hearing. The Government is in agreement with the request.

On December 1, 2016, the Court sentenced Mr. Trout to twenty-four months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, the Court ordered Mr. Trout to obtain a California Driver's License and complete 50 hours of community service. Further, Mr. Trout was sentenced to 15 days in custody, which was suspended for the duration of probation.

Mr. Trout has obtained a California Driver's License, has completed 50 hours of community service, and has had no new law violations. Accordingly, Mr. Trout has complied with all conditions of his probation, and he hereby requests that the November 8, 2017 review hearing be vacated and the 15 days of ordered custody be permanently suspended.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2017

/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
BRET TROUT

## **O R D E R**

Based on the parties' joint representation that Mr. Trout is in compliance with the conditions of his probation, in case number 6:15-mj-00055-MJS, the Court vacates the review hearing scheduled for November 8, 2017 at 10 a.m. and permanently suspends/vacates the 15 days of ordered custody.

IT IS SO ORDERED.

Dated: November 5, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Trout: Motion to Vacate

2